IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKY ASHLEY**  **PLAINTIFF**
**ADC #099718C**

v.  Case No. 4:20-cv-01505-KGB

**D.P. MARSHALL JR, United**  **DEFENDANTS**
**States District Judge,** *et al.*

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Ricky Ashley's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 27th day of January, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge